1  Russell D. Garrett, WSBA #18657
   russell.garrett@jordanramis.com
2  Daniel L. Steinberg, WSBA #30080
   daniel.steinberg@jordanramis.com
3  JORDAN RAMIS PC
   1499 SE Tech Center Place, Ste. 380
4  Vancouver, WA 98683
   Phone: (360) 567-3900
5  Fax: (360) 567-3901

6  Michelle A. Green, WSBA #40077
   michelle@ggw-law.com
7  GATENS GREEN WEIDENBACH, PLLC
   305 Aplets Way
8  Cashmere, WA 98815-1012
   Phone: (509) 888-2144
9  Fax: (888) 696-2220

10 Attorneys for Plaintiffs

11

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE**

| | |
|---|---|
| 3E PROPERTIES, a Washington general partnership; and EASTERDAY FARMS PRODUCE, CO., a Washington corporation,<br><br>            Plaintiffs,<br><br>       v.<br><br>RABO AGRIFINANCE LLC, a Delaware limited liability company, fka Rabo Agrifinance, Inc.,<br><br>            Defendant. | Civil Action No.<br><br>COMPLAINT FOR DECLARATORY JUDGMENT, QUIET TITLE AND DAMAGES<br><br>JURY DEMAND |

    COMES NOW the Plaintiffs, 3E Properties, a Washington general

partnership, and Easterday Farms Produce, Co., a Washington corporation

("Plaintiffs") by and through their attorneys of record, Russell D. Garrett and

Daniel L. Steinberg of Jordan Ramis PC and Michelle Green of Gatens Green

COMPLAINT FOR DECLARATORY JUDGMENT, QUIET TITLE AND DAMAGES - 1

JORDAN RAMIS PC
1499 SE Tech Center Place, Ste. 380
Vancouver, Washington 98683
(360) 567-3900
55497-79243 4831-4975-4607.5

Weidenbach, PLLC, and for its causes of action against Defendant, RABO AGRIFINANCE, LLC, f/k/a RABO AGRIFINANCE, INC., and hereby allege as follows:

## PARTIES, JURISDICTION AND VENUE

1. Defendant, Rabo Agrifinance, LLC ("Rabo"), is a Delaware limited liability company that is authorized to do business and is doing business in the State of Washington.

2. Plaintiff, 3E Properties, is a Washington general partnership and is domiciled in the State of Washington.

3. Plaintiff Easterday Farms Produce, Co. is a Washington corporation and is domiciled in the State of Washington.

4. This court has original diversity jurisdiction in this matter pursuant to 28 U.S.C. § 1332 as there is complete diversity between Rabo, on the one hand, and Plaintiffs, and the damages in this case exceed the sum or value of $75,000.00, exclusive of interest or costs.

5. For purposes of diversity jurisdiction, on information and belief Rabo is a citizen of Delaware and Missouri and Rabo's single member is a citizen of New York. Accordingly, there is complete diversity between Rabo and Plaintiffs.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) because the Property that is the subject of this action is located in this judicial district.

## FACTUAL BACKGROUND

7. On September 4, 2009, Easterday Farms Produce, Co., a Washington corporation ("Easterday Produce"), 3E Properties, a Washington general partnership ("3E Properties"), and several non-parties entered into a Credit

COMPLAINT FOR DECLARATORY JUDGMENT, QUIET TITLE AND DAMAGES - 2

JORDAN RAMIS PC
1499 SE Tech Center Place, Ste. 380
Vancouver, Washington 98683
(360) 567-3900
55497-79243 4831-4975-4607.5

Agreement with Rabo for a construction line of credit loan and an operating line of credit loan (collectively the "2009 Credit Agreement").

8.  To secure the amounts owed under the 2009 Credit Agreement, 3E Properties, and other non-parties, executed and delivered to Rabo a Washington Mortgage, Security Agreement, Fixture Filing, and Financing Statement (the "2009 Mortgage"), which encumbered certain real property owned, in part, by 3E Properties. A true and correct copy of the 2009 Mortgage, including a legal description of the encumbered property, is attached hereto as Exhibit A.

9.  On August 9, 2018, Plaintiffs, and other non-parties, executed a "Facility Sheet" (a term Rabo uses for a specific type of promissory note) promising to pay Rabo $850,000.00 (the "2018 Credit Agreement"). A true and correct copy of the 2018 Credit Agreement is attached hereto as Exhibit B.

10. To secure the obligations under the 2018 Credit Agreement, Plaintiffs, and others, executed and delivered to Rabo a Mortgage, Assignment of Rents, and Security Agreement (the "2018 Mortgage") which encumbered certain real property described therein. A true and correct copy of the 2018 Mortgage is attached hereto as Exhibit C. The real property described in Exhibits A and C shall hereinafter be referred to as the "Real Property."

11. To further its security interest for both the 2009 Credit Agreement and the 2018 Credit Agreement, Rabo recorded UCC Filings (the "UCCs") encumbering certain personal property owned by various people and entities including Plaintiffs (the "Personal Property"). A true and correct copy of the UCCs are attached hereto as Exhibit D.

12. In March 2021, while not in monetary default, Plaintiffs requested payoff numbers from Rabo for the 2009 Credit Agreement and the 2018 Credit Agreement. It was essential that Rabo provide this information so that the

COMPLAINT FOR DECLARATORY JUDGMENT, QUIET TITLE AND DAMAGES - 3

JORDAN RAMIS PC
1499 SE Tech Center Place, Ste. 380
Vancouver, Washington 98683
(360) 567-3900
55497-79243 4831-4975-4607.5

Plaintiffs could pay these secured loans and unencumber the Real Property and Personal Property for immediate use in obtaining additional financing to allow for planting crops and furthering their business interests. Rabo was aware that the timing (March 2021) was critical because the time to plant crops was quickly approaching.

13. On or about March 19, 2021, Rabo provided payoff quotes for the 2009 Credit Agreement and 2018 Credit Agreement which were secured by the 2009 Mortgage and the 2018 Mortgage and the UCCs. True and correct copies of those quotes are attached hereto as Exhibit E.

14. Plaintiffs attempted to get wire instructions from Rabo who ignored the requests. Therefore, on March 23, 2021, Easterday Produce initiated an ACH transfer to Rabo in the amount of $840,718.35 to satisfy the 2009 Credit Agreement and obtain a release of the 2009 Mortgage and UCCs.

15. On or about March 23, 2021, 3E Properties paid Rabo through Rabo's proprietary portal system $407,089.90 to pay off the 2018 Credit Agreement. Contemporaneously with the two March 23, 2021 payments, Easterday Produce also delivered to Rabo a written explanation as to why the payments were higher than Rabo's payoff figures. A true and correct copy of the payment and explanation is attached here as Exhibit F.

16. Rabo accepted the full payment of the 2009 Credit Agreement and 2018 Credit Agreement. Accordingly, all obligations secured by the 2009 Mortgage, the 2018 Mortgage and the UCCs were satisfied and paid in full.

17. On or about March 31, 2021, Plaintiffs sent a letter via email and first-class mail demanding that Defendant release the mortgages held on the Real Property and release the lien, as evidenced by the UCCs on the Personal Property.

///

COMPLAINT FOR DECLARATORY JUDGMENT, QUIET TITLE AND DAMAGES - 4

JORDAN RAMIS PC
1499 SE Tech Center Place, Ste. 380
Vancouver, Washington 98683
(360) 567-3900
55497-79243 4831-4975-4607.5

A true and correct copy of the March 31, 2021, email and letter to Rabo are attached hereto as Exhibit G.

18. Despite that demand, Rabo refused, and continues to refuse, to release the 2009 Mortgage, the 2018 Mortgage, and the UCCs.

19. When Easterday Produce demanded a reason why Rabo would not release the liens on Plaintiffs' properties, Rabo stated that in 2020, Cody Easterday and Easterday Farms, a Washington general partnership, had entered into an unsecured Vendor Financing Agreement (the "VF Loan"), and because Cody Easterday was one of the borrowers, and a partner in 3E Properties, the 2009 Mortgage, 2018 Mortgage, and UCCs would not be released until the VF Loan was paid. A true and correct copy of the VF Loan is attached hereto as Exhibit H.

20. While Rabo is now asserting that the VF Loan is secured by the Real Property and Personal Property, Rabo did not give notice to any of the borrowers under the 2009 Credit Agreement or the 2018 Credit Agreement that Cody Easterday was seeking the VF Loan.

21. On or about February 8, 2021, Easterday Farms, a Washington general partnership, the borrower under the VF Loan, filed for bankruptcy protection in the United States Bankruptcy Court for the District of Eastern Washington, case No. 21-00176. Rather than pursue its claim against the debtor in bankruptcy, Rabo is demanding that Plaintiffs pay the VF Loan despite the fact that the VF Loan was unsecured, and Plaintiffs did not apply for, or sign for, the VF Loan.

## FIRST CAUSE OF ACTION
### (Declaratory Judgment (RCW 7.24, *et seq.*))

22. Plaintiffs re-allege paragraphs 1 through 21.

23. Rabo's wrongful refusal to release the 2009 Mortgage, the 2018

COMPLAINT FOR DECLARATORY JUDGMENT, QUIET TITLE AND DAMAGES - 5

JORDAN RAMIS PC
1499 SE Tech Center Place, Ste. 380
Vancouver, Washington 98683
(360) 567-3900
55497-79243 4831-4975-4607.5

1  Mortgage, and the UCCs based on its allegation that the VF Loan is secured by the
2  Real Property and the Personal Property, presents a justiciable controversy as to
3  the Plaintiffs' relations and interests under the 2009 Mortgage, the 2018 Mortgage,
4  and the UCCs.

5  24.  There is an actual present and existing dispute whether Rabo was
6  required to acknowledge the satisfaction of the 2009 Mortgage, the 2018
7  Mortgage, and the UCCs.  The interests of Plaintiffs are genuine and in opposition
8  to Rabo's interest.  The parties' respective interest in this dispute are direct and
9  substantial and a judicial determination that the 2009 Credit Agreement and 2018
10 Credit Agreement have been paid in full and that Rabo is required to acknowledge
11 satisfaction of the 2009 Mortgage and the 2018 Mortgage and release the UCCs,
12 will be a final and conclusive determination in this matter.

## SECOND CAUSE OF ACTION
### (Quiet Title (RCW 7.28, *et seq*.))

25.  Plaintiffs re-allege paragraphs 1 through 21.

26.  3E Properties brings this action to quiet title to the Real Property which is in 3E Properties' possession and which 3E Properties owns in fee simple with several other non-parties.  Rabo continues to assert some right, title, or interest in the Real Property pursuant to the 2009 Mortgage, the 2018 Mortgage, or the VF Loan.

27.  3E Properties has no adequate remedy at law and the determination that Rabo has no right, title, or interest in the Real Property or the Personal Property will be a final and conclusive determination in this matter.

## THIRD CAUSE OF ACTION
### (*3E Properties v. Rabo* – Slander of Title)

28.  Plaintiffs re-allege paragraphs 1 through 21.

COMPLAINT FOR DECLARATORY JUDGMENT, QUIET
TITLE AND DAMAGES - 6

JORDAN RAMIS PC
1499 SE Tech Center Place, Ste. 380
Vancouver, Washington 98683
(360) 567-3900
55497-79243 4831-4975-4607.5

**1**   29.   The Real Property is in the exclusive custody and control of Plaintiffs and other non-parties.

**3**   30.   Rabo is the Mortgagee under the 2009 Mortgage and the 2018 Mortgage.

**5**   31.   Plaintiffs satisfied their obligations under the 2009 Credit Agreement and the 2018 Credit Agreement.

**7**   32.   All obligations owed by Plaintiffs to Rabo have been satisfied and paid in full.

**9**   33.   Despite demand, Rabo has taken no action to release its interest in the 2009 Mortgage and the 2018 Mortgage despite Plaintiffs fully satisfying the loans secured thereby.

**12**   34.   Because Rabo received and accepted Plaintiffs' payments, the debts secured by the 2009 Mortgage and the 2018 Mortgage have been fully satisfied. Rabo was then required to release its interest from the Real Property.

**15**   35.   Rabo unreasonably refuses to release its Mortgage interest despite being fully paid. Rabo's actions have damaged Plaintiffs because the 2009 Mortgage and the 2018 Mortgage remain unjustified and improper clouds on title to the Real Property.

**19**   36.   The 2009 Mortgage and the 2018 Mortgage remain an encumbrance on 3E Properties' title and has made it impossible to sell the Real Property and/or use the Real Property as security for financing.

**22**   37.   3E Properties is entitled to a judgment in its favor declaring that Rabo's 2009 Credit Agreement and 2018 Credit Agreement have been fully paid and awarding 3E Properties damages in an amount to be proven at trial.

///

///

COMPLAINT FOR DECLARATORY JUDGMENT, QUIET TITLE AND DAMAGES - 7

JORDAN RAMIS PC
1499 SE Tech Center Place, Ste. 380
Vancouver, Washington 98683
(360) 567-3900
55497-79243 4831-4975-4607.5

## FOURTH CAUSE OF ACTION

### (Breach of Contract)

38. Plaintiffs re-allege paragraphs 1 through 21.

39. Rabo's refusal to release the 2009 Mortgage, the 2018 Mortgage, and the UCCs, despite being fully paid, has caused Plaintiffs financial losses.

40. Rabo is on notice that its liens demonstrated by the 2009 Mortgage, the 2018 Mortgage and the UCCs should be released.

41. Rather than releasing its liens, Rabo intentionally and willfully decided, with apparent malicious intent, to maintain its Mortgage interest in the Real Property.

42. Rabo has breached its agreements with Plaintiffs by failing and refusing to release its interest in the Real Property and the Personal Property.

43. Plaintiffs have performed all conditions precedent on their part.

44. As a result of Rabo's breach, Plaintiffs have been damaged in an amount to be proven at trial but believed to be not less than $2,000,000.00.

45. Pursuant to the 2009 Mortgage, a prevailing party under a dispute such as this is entitled to recover their reasonable costs and attorneys' fees.

46. As a result of Rabo's breach, Plaintiffs are entitled to a judgment in Plaintiffs' favor in an amount to be proven at trial, but not less than $2,000,000.00, together with Plaintiffs' reasonable costs and attorneys' fees incurred herein.

## FIFTH CAUSE OF ACTION

### (*3E Properties v. Rabo* – Failure to Acknowledge Satisfaction of Mortgage (RCW 61.16.030))

47. Plaintiffs re-allege paragraphs 1 through 21.

48. Rabo refuses to acknowledge 3E Properties' full satisfaction of the 2009 Mortgage and the 2018 Mortgage.

COMPLAINT FOR DECLARATORY JUDGMENT, QUIET
TITLE AND DAMAGES - 8

JORDAN RAMIS PC
1499 SE Tech Center Place, Ste. 380
Vancouver, Washington 98683
(360) 567-3900
55497-79243 4831-4975-4607.5

49. More than sixty (60) days have passed since 3E Properties demanded Rabo acknowledge satisfaction of the 2009 Mortgage and the 2018 Mortgage.

50. Defendant's failure to acknowledge satisfaction is a violation of RCW 61.16.020.

51. Pursuant to RCW 61.16.030, 3E Properties is entitled to an award of its actual damages together with its reasonable costs and attorneys' fees, and an order from the court acknowledging satisfaction of the mortgages.

## SIXTH CAUSE OF ACTION

### (Mandatory Injunction)

52. Plaintiffs re-allege paragraphs 1 through 21 and 39 through 46.

53. Plaintiffs continue to be harmed by Rabo's refusal to release its UCCs securing the repaid loans.

54. Rabo's conduct continues to damage Plaintiffs and others.

55. Plaintiffs have no adequate remedy at law and are entitled to a injunctive relief requiring Rabo to execute all necessary documents to release its security interest in the Personal Property.

56. Plaintiffs are also entitled to their reasonable costs and attorneys' fees incurred herein.

WHEREFORE, Plaintiffs pray for judgment in Plaintiffs' favor against Rabo as follows:

1) On their first cause of action: A judgment declaring that all amounts owed to Rabo by Plaintiffs secured by the 2009 Mortgage, 2018 Mortgage, and UCCs have been paid in full;

2) On their second cause of action: A judgment quieting title in the Real Property in fee title holders' names and declaring any claim of interest of Rabo null and void;

COMPLAINT FOR DECLARATORY JUDGMENT, QUIET TITLE AND DAMAGES - 9

JORDAN RAMIS PC
1499 SE Tech Center Place, Ste. 380
Vancouver, Washington 98683
(360) 567-3900
55497-79243 4831-4975-4607.5

**1**        3)      On their third cause of action: A judgment finding that Rabo's refusal

**2**  to release its Mortgages on the Real Property constitutes a slander of title and

**3**  awarding Plaintiffs an amount to be proven at trial but not less than $2,000,000.00;

**4**        4)      On their fourth cause of action: A judgment in Plaintiffs' favor based

**5**  on Defendant's breach of its agreements with Plaintiffs and awarding damages in

**6**  an amount to be proven at trial;

**7**        5)      On their fifth cause of action: A judgment in Plaintiff 3E Properties'

**8**  favor awarding its actual damages as proved at trial, together with its reasonable

**9**  attorney's fees incurred herein; and an order acknowledging the full satisfaction of

**10**  the 2009 Mortgage and the 2018 Mortgage;

**11**        6)      On their sixth cause of action: A judgment in Plaintiffs' favor

**12**  imposing a mandatory injunction requiring Rabo to execute all documents

**13**  necessary to release its interests in the Real Property and Personal Property;

**14**  ///

**15**  ///

**16**  ///

**17**  ///

**18**  ///

**19**  ///

**20**  ///

**21**  ///

**22**  ///

**23**  ///

**24**  ///

**25**  ///

**26**  ///

COMPLAINT FOR DECLARATORY JUDGMENT, QUIET TITLE AND DAMAGES - 10

JORDAN RAMIS PC
1499 SE Tech Center Place, Ste. 380
Vancouver, Washington 98683
(360) 567-3900
55497-79243 4831-4975-4607.5

7) For an award of Plaintiffs' reasonable costs and attorneys' fees incurred herein; and

8) For such further relief this court deems just and equitable.

DATED this 21st day of June, 2021.   JORDAN RAMIS PC

*/s/ Daniel L. Steinberg*
Russell D. Garrett, WSBA #18657
russell.garrett@jordanramis.com
Daniel L. Steinberg, WSBA #30080
daniel.steinberg@jordanramis.com
JORDAN RAMIS PC
1499 SE Tech Center Place, Ste. 380
Vancouver, WA   98683
Phone:  (360) 567-3900
Fax:  (360) 567-3901

Michelle A. Green, WSBA #40077
michelle@ggw-law.com
GATENS GREEN WEIDENBACH PLLC
305 Aplets Way
Cashmere, WA 98815-1012
Phone:  (509) 888-2144
Fax:  (888) 696-2220

Attorneys for Plaintiffs

COMPLAINT FOR DECLARATORY JUDGMENT, QUIET TITLE AND DAMAGES - 11

JORDAN RAMIS PC
1499 SE Tech Center Place, Ste. 380
Vancouver, Washington 98683
(360) 567-3900
55497-79243 4831-4975-4607.5