

## Rabo AgriFinance
A member of the Rabobank Group
PO Box 411995 - Saint Louis - MO - 63141
Telephone (314) 317 8000 - Facsimile (877) 655 9514
www.RaboAg.com

03/18/2021

Easterday Farms Produce, Co.
C/O Mike Hayes

Obligation No. ▇▇5900 - Easterday Farms Produce, Co. 9752

Dear Client:

The following statement is the amount required to repay the above loan as of 03/18/2021. Please note that interest accrues until funds are received in our National Servicing Center.

| | | |
|---|---|---|
| Principal Balance | as of 03/18/2021 | $800,000.00 |
| Interest on Principal | to 03/18/2021 | $5,560.87 |
| Legal Fees | | $1,069.07 |
| Interest on Legal Fees | | $8.18 |
| Default Interest | | $25,104.17 |
| Total Due | | $831,742.29 |

= 30,673.22

Per Diem for receipt of funds after 03/18/2021 is $292.92. These repayment figures will not be valid after 04/01/2021 or if there are additional payments or advances made on this line of credit. This loan is tied to a monthly rate change.

+ 4 days per diem
1,171.68

The documents will be available for delivery following receipt of certified funds. There will be a delay in forwarding documents for other than certified funds.

½ Attorney Fees
+ 7,511.46

Questions regarding the repayment of your loan should be directed to Customer Connect toll free at (855) 722-7766 or at CustomerConnect@RaboAg.com.

8,683.14

Please return your payment with a copy of this letter. To ensure timely delivery of funds, we suggest wired funds. Please contact your Relationship Manager, listed above for instructions. Checks should be mailed to Rabo AgriFinance, PO Box 790077, St Louis, MO 63179-0077.

840,425.43

Sincerely,

*Trudy L.* JPC
Rabo AgriFinance
National Servicing Center

***IMPORTANT***
These figures are subject to final verification upon actual receipt of funds by the Note Holder. Note Holder reserves the right to adjust these figures and (a) negotiate funds as received and request additional funds, (b) refund excess funds remitted or (c) refuse funds as appropriate to the circumstances thereof. These circumstances may be, but are not limited to, an error in the calculation of the payment amount, previously dishonored remittances or additional disbursements made by this Note Holder between the date of this statement and the actual receipt of funds.

**widnerconsulting@gmail.com**

**From:** Tammy Heberlein <Tammy@easterdayfarms.com>
**Sent:** Tuesday, March 23, 2021 2:14 PM
**To:** Michelle Green; widnerconsulting@gmail.com; Jody Easterday
**Subject:** RE: Rabo AgriFinance Rural - Main Payment Scheduled

Ok, here is rloc. I think we should be good.



Payment Amount*

☑ Amount Due — $807,612.72
   Principal — $801,069.07   *800,000.00 / 1,069.07*
   Interest — $6,543.65

Pay Additional Principal

☑ Pay Additional Accrued Interest — 25,104.17   *25,301.25 / 25,000.50*

☑ Pay Fees — 8,001.46 — *7,511.46*

Total Payment: $840,718.35   *840,425.43*
OVERPAID   *292.92*

Payment Date*
   Due Date — 4/1/2021
   ● Choose Date — 3/23/2021
   3/23/2021

Have a great day,
Tammy Heberlein
Office Manager
Easterday Farms Produce Co.

1

Exhibit F
Page 2 of 5



**Rabo AgriFinance**
A member of the Rabobank Group
PO Box 411995 - Saint Louis - MO - 63141
Telephone (314) 317 8000 - Facsimile (877) 655 9514
www.RaboAg.com

03/19/2021

3E Properties
C/O Mike Hayes

Obligation No. ▮▮▮15475 - 3E Properties 9769

Dear Client:

The following statement is the amount required to repay the above loan as of 03/18/2021. Please note that interest accrues until funds are received in our National Servicing Center.

| | | |
|---|---|---|
| Principal Balance | as of 03/18/2021 | $437,990.25 |
| Interest on Principal | to 03/18/2021 | $4,440.66 |
| Legal Fees | | $363.43 |
| Interest on Legal Fees | | $3.14 |
| Prepayment Fee | | $33,832.07 |
| Default Interest | | $11,943.60 |
| Total Due | | $488,573.15 |

*Handwritten annotations:*
- $16,387.40 (bracketing Prepayment Fee and Default Interest)
- + 4 days per diem
- 721.80
- + 1/2 attorney fees
- 7,511.46
- 496,806.41

Per Diem for receipt of funds after 03/18/2021 is $180.45. These repayment figures will not be valid after 03/25/2021. The agreement requires a Treasury Rate lookback 5 days prior to payoff.

The documents will be available for delivery following receipt of certified funds. There will be a delay in forwarding documents for other than certified funds.

Questions regarding the repayment of your loan should be directed to Customer Connect toll free at (855) 722-7766 or at CustomerConnect@RaboAg.com.

Please return your payment with a copy of this letter. To ensure timely delivery of funds, we suggest wired funds. Please contact your Relationship Manager, listed above for instructions. Checks should be mailed to Rabo AgriFinance, PO Box 790077, St Louis, MO 63179-0077.

Sincerely,

*Trudy*

Rabo AgriFinance ℋℂ
National Servicing Center

***IMPORTANT***
These figures are subject to final verification upon actual receipt of funds by the Note Holder. Note Holder reserves the right to adjust these figures and (a) negotiate funds as received and request additional funds, (b) refund excess funds remitted or (c) refuse funds as appropriate to the circumstances thereof. These circumstances may be, but are not limited to, an error in the calculation of the payment amount, previously dishonored remittances or additional disbursements made by this Note Holder between the date of this statement and the actual receipt of funds.

**widnerconsulting@gmail.com**

| | |
|---|---|
| **From:** | Tammy Heberlein <Tammy@easterdayfarms.com> |
| **Sent:** | Tuesday, March 23, 2021 3:08 PM |
| **To:** | widnerconsulting@gmail.com |
| **Subject:** | FW: Rabo AgriFinance Rural - Main Payment Scheduled |

Have a great day,
Tammy Heberlein
Office Manager
Easterday Farms Produce Co.
O: 509.544.9595

**From:** Rabo AgriFinance Rural - Main <RaboAgriFinance@billerpayments.com>
**Sent:** 03/23/2021 3:07 PM
**To:** Tammy Heberlein <Tammy@easterdayfarms.com>
**Subject:** Rabo AgriFinance Rural - Main Payment Scheduled

Dear TAMMY HEBERLEIN,

This email is to confirm a payment received on 03/23/2021 through Online Payment Processing for your Rabo AgriFinance Rural - Main loan obligation number ending XXXX5475.

A one-time payment of $496806.41 has been scheduled with a date of 03/23/2021. The funding source that will be debited for this payment is your account number ending XXXX6904.

Payment Details

Obligation Number: ████5475

Principal Amount: 30900.35

Interest Amount: 5266.89

Fees Amount: 41706.96

Additional Principal Amount: 407089.9

Accrued Interest Amount: 11842.31

The unique confirmation number for this payment is ODVB5F6TN2.

We appreciate your business. Thank you for using Online Payment Processing at

www.raboagconnect.com.

1

3/24/2021　　　　　　　　　　　　　　　　Current Day Account Activity Report

# BANK OF AMERICA

| Transaction Details | |
|---|---|
| Date: | 03/24/2021 |
| Account Number: | |
| Bank ID: | |
| Transaction: | Preauthorized ACH Debit (455) |
| Currency: | USD |
| Amount: | 840,718.35 |
| Credit/Debit: | DEBIT |
| Customer Ref #: | 000000000000 |
| Bank Reference: | 83009299996 |
| Value Date: | |
| Immediate Avail: | 0.00 |
| 1 Day Float: | 0.00 |
| 2 Day Float: | 0.00 |
| Text: | Rabo AgriFinance DES:WEB PMT ID:110811923 INDN:Easterday Farms Produc CO ID:F581571529 WEB |